# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:16-cv-239

| | |
|---|---|
| HARVEY BRITTON FORD and KATHY REGENIA FORD, on behalf of themselves and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>FORD MOTOR COMPANY, )<br>)<br>Defendant. )<br>) | ORDER |

**THIS MATTER** is before the Court on Huntington M. Willis' Application for Admission to Practice *Pro Hac Vice* of Michael A. Hersh. It appearing that Michael A. Hersh is a member in good standing with the Florida State Bar and will be appearing with Huntington M. Willis, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Huntington M. Willis' Application for Admission to Practice Pro Hac Vice(#7) of Michael A. Hersh is **GRANTED,**

and that Michael A. Hersh is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Huntington M. Willis.

Signed: August 4, 2016

Dennis L. Howell
United States Magistrate Judge