# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16cv239

| | |
|---|---|
| **HARVEY BRITTON FORD and** ) | |
| **KATHY REGENIA FORD,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **FORD MOTOR COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

Pending before the Court is the Unopposed Motion to Stay [# 18]. Plaintiffs move to continue the stay in this case pending a national settlement related to alleged design defects in certain model year Ford Explorers. Upon a review of the record, the Court **GRANTS** the motion [# 18]. The Court **STAYS** these proceedings for an additional sixty (60) days pending the outcome of the potential nationwide settlement. The parties may seek another sixty day extension of the stay prior to the expiration of the 60 days.

Signed: December 19, 2016

Dennis L. Howell
United States Magistrate Judge